# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Mercelis Odom, ) | C/A No.: 5:13-cv-1231 DCN |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | **ORDER** |
| ) | |
| United States of America; Michael Pittman, ) | |
| VT Officer, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the court upon defendants' motion to dismiss. This motion was filed on April 8, 2014. On April 28, 2014, the undersigned issued an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising plaintiff of the motion and the possible consequences if he failed to respond adequately. It appears from the record that no response to the motion to dismiss has been filed.

**IT IS THEREFORE ORDERED,** that defendants' motion to dismiss is hereby **GRANTED**, and this case is **DISMISSED WITH PREJUDICE.**

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

November 3, 2014
Charleston, South Carolina